250

161 A.3d 760

JOSE RODRIGUES, PLAINTIFF–MOVANT, v. WELLS FARGO BANK, N.A., U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR WFMBS 2007–007, AND HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS–THROUGH CERTIFICATES, SERIES 2007–7, DEFENDANTS.

March 9, 2017

## ORDER

It is ORDERED that the motion for leave to file a motion for reconsideration as within time (M–744) is granted;

(M–745) is denied.

161 A.3d 760

STATE OF NEW JERSEY, PLAINTIFF, v. CHRISTINE DILLARD, M.V.C., DEFENDANT.

March 9, 2017

## ORDER

It is ORDERED that the motion of Clinton C. Barlow for leave to file a motion for leave to appeal as within time (M–767) is granted.